IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES CARMACK,

    *Plaintiff* ,

v.                            No. 6:26-cv-01181

CLEARPATH CONSULTING AGENCY
LLC, AND SERENITY 1, LLC,

    *Defendants* .

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: May 27, 2026       Respectfully submitted,

                        */s/ Stefan Coleman*
                        Stefan Coleman
                        COLEMAN PLLC
                        18117 Biscayne Blvd, Suite 4152
                        Miami, FL 33160
                        (877) 333-9427
                        law@stefancoleman.com

                        *Counsel for Plaintiff and the putative Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Stefan Coleman*